STATE OF NEW JERSEY v. JOSE RIVERA.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCISCO SEIN.

July 11, 1989.

Petition for certification granted.   (See 232 *N.J.Super.* 300)

STATE OF NEW JERSEY v. ROBERT STEVENS.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE PEREZ RODRIGUEZ.

July 11, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL MELENDEZ.

July 11, 1989.

Petition for certification denied.